UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZHANNA WATSON, | ) | Case No. 2:14-CV-01831 JAM-DAD |
| Plaintiff, | ) | |
| | ) | **RELATED CASE ORDER** |
| v. | ) | |
| UNITED STATES OF AMERICA, JOSHUA CHRISTENSEN, GRACE WATSON, and DOES 1-10, | ) | |
| Defendants. | ) | |
| GRACE WATSON, | ) | |
| Plaintiff, | ) | Case No. 2:14-CV-02116 TLN-AC |
| v. | ) | |
| UNITED STATES OF AMERICA, JOSHUA CHRISTENSEN, and DOES 1-10, | ) | |
| Defendants. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under

Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the action denominated 2:14-CV-02116 TLN-AC be reassigned to Judge John A. Mendez and Magistrate Dale A. Drozd for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:14-CV-02116 JAM-DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   September 18, 2014        /s/ John A. Mendez_____
                                   JOHN A. MENDEZ
                                   United States District Court Judge