BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANNA WATSON AND GRACE WATSON,<br><br>           Plaintiffs,<br><br>       v.<br><br>UNITED STATES OF AMERICA, JOSHUA CHRISTENSEN, AND DOES 1-10,<br><br>           Defendants. | CASE NO.  2:14-cv-01831-JAM-DAD<br><br>**STIPULATION AND ORDER** |

Defendant Joshua Christensen has reached a settlement with Plaintiffs and filed a motion for approval of that settlement.  (*See* Dkt. No. 20).  The United States is not opposed to the motion, so long as Mr. Christensen remains available for deposition and for trial testimony.  He is willing to remain subject to this Court's jurisdiction for those purposes, so long as his travel and lodging expenses are covered because he lives in North Carolina.  Therefore, the parties stipulate that the United States will not oppose the pending motion, and Christensen will remain subject to the jurisdiction of this Court for the above- purposes.  If subpoenaed, his travel and lodging shall be handled by the party or parties seeking his testimony.

Respectfully submitted,

DATED:  January 13, 2015                         BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 By:     */s/ Gregory T. Broderick*
                                                         GREGORY T. BRODERICK
                                                         Assistant United States Attorney

                                                 By      */s/ John Hallissy* (auth. on 01/12/2015)
                                                         JOHN P. HALLISSY
                                                         Attorney for Defendant Joshua Christensen

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. If the United States does not oppose Defendant Joshua Christensen's pending settlement motion (Dkt. No. 20), he shall remain subject to this Court's jurisdiction for purposes of deposition and trial subpoenas even after he is dismissed as a party;

2. The party or parties seeking Christensen's testimony shall arrange for his travel and lodging at reasonable expense.

**IT IS SO ORDERED**.

Date:  1/15/2015                              /s/ John A. Mendez_____
                                              United States District Court Judge